THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:13-cr-00028-MR-DLH

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **O R D E R** |
| MARY DEANNA ANDRAGNA, a/k/a MARY DEANNA BOBEK, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 18].

Upon review of the Government's Motion, the Court will grant the relief requested.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 18] is **GRANTED**, and the Bill of Indictment filed in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: September 17, 2013

Martin Reidinger
United States District Judge